

YAAKOV SAKS▲•*
JUDAH STEIN▲•
ELIYAHU BABAD▲
RAPHAEL DEUTSCH ∧
DAVID FORCE ▲•
NAKICHA JOSEPH▲•
MARK ROZENBERG •
KENNETH WILLARD▲•

▲ NJBar Admissions
∧ CT & NJ Bar Admissions
• NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

July 2, 2021

**MEMORANDUM ENDORSED. Plaintiff shall make its motion for default judgment and serve it on Defendant by August 9, 2021.**

**7/8/2021**

**Via CM/ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:     **Monegro vs. Ferrara Market, Inc.**
        **Case #: 1:21-cv-04059-LJL**

Dear Judge Liman:

We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for July 14, 2021, at 12:00pm be adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

The Plaintiff has obtained the Clerk's Certificate of Default and has mailed it to Defendant's business address.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

cc:     All Counsel of Record via ECF