

YAAKOV SAKS▲•*
JUDAH STEIN▲•
ELIYAHU BABAD▲
RAPHAEL DEUTSCH ^
DAVID FORCE ▲•
NAKICHA JOSEPH▲
MARK ROZENBERG •
KENNETH WILLARD▲•

▲ NJBar Admissions
^ CT & NJ Bar Admissions
• NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 1, 2021

**Via CM/ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York

Re:   **Monegro v Ferrara Market, Inc.**

  **Case# 1:21-cv-04059-LJL**

The request to adjourn the conference scheduled for September 8, 2021 is GRANTED.  Having considered this motion and Defendant's response, Dkt. No. 20, the Court reschedules the Initial Pretrial Conference for October 5, 2021 at 10:00 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

September 3, 2021

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

We represent the plaintiff in the above matter.  We write with the gracious consent of Defendant Ferrara Market, Inc. to request an adjournment of the Initial Pretrial Conference scheduled for September 8, 2021, because that date conflicts with a religious holiday for Plaintiff's counsel.  We further respectfully request that the new Conference date not be in September, to avoid conflicts with numerous other religious holidays taking place this month.  If it is helpful to the Court, the parties are available for a Conference on October 5, 2021.

A previous adjournment was granted on July 2, 2021.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

cc:   All Counsel of Record via ECF